UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROCHELLE SMITH et al.,

      Plaintiffs,

                                     Case No: 1:24-cv-902

v.

                                     HON. ROBERT J. JONKER

CITY OF NILES et al.,

      Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 15, 2026 (ECF No. 106). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 106) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs Smith and Miller's complaint is **DISMISSED** without prejudice and the case is **TERMINATED**.

Dated:   July 8, 2026             /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE